FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 11 2012

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 4:12CR00 177 KGB |
| ) | 18 U.S.C. § 1349 |
| LEODIS RANDLE ) | 18 U.S.C. § 1344 |
| AHMAD WAHEED ) | |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

### A. INTRODUCTION

AT ALL TIMES MATERIAL HEREIN:

1. Regions Bank was a financial institution and was an insured depository institution (as defined in section 3(c)(2) of the Federal Deposit Insurance Act).

### B. THE CHARGE

In or about April 2012 through on or about May 8, 2012, in the Eastern District of Arkansas,

LEODIS RANDLE and
AHMAD WAHEED

conspired with each other and others, known and unknown to the Grand Jury, to commit bank fraud, a violation of Title 18, United States Code, Section 1344.

### C. MEANS AND MANNER

As a part of the conspiracy:

1. Blank personal checks and a debit card were stolen from an individual in the

Central Arkansas area.

2. Three of these stolen checks were made payable to a co-conspirator and then cashed.

### D. OVERT ACTS

In furtherance of the conspiracy and to effect the objects thereof, Conspirators performed the following overt acts in the Eastern District of Arkansas:

1. On or about April 25, 2012, AHMAD WAHEED cashed Check # 1427 in the amount of $3,000.00.

2. On or about April 25, 2012, AHMAD WAHEED cashed Check # 1428 in the amount of $2,500.00.

3. On or about April 25, 2012, AHMAD WAHEED cashed Check # 1429 in the amount of $3,500.00.

4. On or about May 8, 2012, LEODIS RANDLE possessed one of the blank stolen personal checks as described in C.1. above, that is, Check # 1435.

All in violation of Title 18, U.S.C. Section 1349.

(END OF TEXT.  SIGNATURE PAGE ATTACHED).